FILED by_____ JA ___ D.C.

**Feb 9, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-80020-CR-MIDDLEBROOKS/BRANNON

Case No. _____

21 USC § 841(a)(1)
18 USC § 2

UNITED STATES OF AMERICA,

vs.

JADA BRODY,

Defendant.

_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Between on or about September 9, 2019, and on or about October 30, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**JADA BRODY,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved four-hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as Fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged

that this violation involved a mixture and substance containing a detectable amount of Heroin.

**A TRUE BILL:**


FOREPERSON _____


_____  for
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


_____  for
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

JADA BRODY,

_____**Defendant.**_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
___ FTL ✓ WPB ___ FTP

New defendant(s)           Yes _____ No _____
Number of new defendants           _____
Total number of counts           _____

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No
    List language and/or dialect           _____

4.  This case will take _3-4_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I      0 to 5 days          ✓          Petty          _____
    II     6 to 10 days         _____    Minor          _____
    III    11 to 20 days        _____    Misdem.        _____
    IV     21 to 60 days        _____    Felony         ✓
    V      61 days and over     _____

6.  Has this case previously been filed in this District Court?     (Yes or No)     No
    If yes: Judge                          Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     Yes
    If yes: Magistrate Case No.     21-mi-08030-BER
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of     02/01/2021
    Defendant(s) in state custody as of     _____
    Rule 20 from the District of     _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes _____     No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes _____     No ✓

_____
JOHN C. MCMILLAN
ASSISTANT U.S. ATTORNEY
Florida Bar No. A5500228

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:     JADA BRODY

Case No.: _____

## Count # 1

Possession with the Intent to Distribute a Controlled Substance, to wit, 400 grams of more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, commonly known as Fentanyl.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi)

**Max. Penalty**:    10 year mandatory minimum, to maximum life imprisonment; $10,000,000 fine; minimum 5 year to life term of supervised release: and, a $100.00 special assessment.

Possession with the Intent to Distribute a Controlled Substance, to wit, Heroin.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

**Max. Penalty**:    0-20 year term of imprisonment; $1,000,000 fine; minimum 3 year to life term of supervised release: and, a $100.00 special assessment.

**\*Refers only to possible term of incarceration, supervised release and fine.   It does not include possible restitution, special assessments, parole terms, or forfeitures that may be applicable.**